# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1978.  JERRY LEWIS HOWARD v. THE STATE.**

In 2010, Jerry Lewis Howard was convicted of rape, aggravated assault, and cruelty to children.  After the denial of his motion for new trial, Howard filed an untimely pro se notice of appeal, and as a consequence, we dismissed his appeal.  See *Howard v. the State*, Case No. A15A1456 (decided April 21, 2015).  Since that time, Howard has filed multiple post-judgment motions, including a plea in bar, a motion to quash indictment, a motion to quash verdict and sentence, and a motion to vacate indictment for lack of subject matter jurisdiction.  The trial court denied the motions in an order entered on December 21, 2018.  Howard then filed his pro se notice of appeal on February 22, 2019.  We, however, lack jurisdiction.

Pretermitting whether Howard possesses a right of direct appeal here, his notice of appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Howard's notice of appeal, filed 63 days after entry of the order he wishes to appeal, was untimely.  Consequently, we lack jurisdiction over this untimely appeal, which is

hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  05/22/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*